# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00146-CV

### In re Alicia Sheppard

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Alicia Sheppard has filed a petition for writ of mandamus and emergency motion to stay seeking relief from the justice court's order appointing a receiver. However, "[w]e lack jurisdiction to issue a writ of mandamus against a justice of the peace or justice court unless it is necessary to preserve our jurisdiction." *Twenty First Century Holdings, Inc. v. Precision Geothermal Drilling, L.L.C.*, No. 03-13-00081-CV, 2015 WL 1882267, at *6 (Tex. App.—Austin Apr. 23, 2015, no pet.) (mem. op.) (first citing Tex. Gov't Code § 22.221; then citing *Mullins v. Holt*, No. 10-13-00114-CV, 2013 WL 2257151, at *2 (Tex. App.—Waco May 9, 2013, no pet.) (mem. op.); and then citing *Rodriguez v. Womack*, No. 14-10-01213-CV, 2012 WL 19659, at *2 (Tex. App.—Houston [14th Dist.] Jan. 5, 2012, pet. denied) (mem. op.)). Relator does not argue or show that a writ of mandamus is necessary to preserve our jurisdiction. Therefore, we lack jurisdiction to issue the relief requested in this case. *See id.* Accordingly, we dismiss for want of jurisdiction Relator's petition for writ of mandamus and emergency motion to stay.

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Filed:   February 13, 2026